IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN ANTHONY COAKLEY                                                                          PLAINTIFF

v.                                              3:08CV00049HLJ

JACK MCCAIN, et al.                                                                            DEFENDANTS

## ORDER

On May 15, 2008, defendants filed their answer (DE #16) to plaintiff's amended complaint (DE #6), asserting several affirmative defenses. This matter is ready to be scheduled for trial. If defendants intend to rely on the defenses mentioned in their answer, they must file a dispositive motion within thirty (30) days of the date of this Order.

IT IS SO ORDERED this 12th day of August, 2008.

_____
United States Magistrate Judge