# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

JOHN ANTHONY COAKLEY                                                          PLAINTIFF

V.                                    3:08CV00049WRW/HLJ

JACK McCANN, et al.                                                          DEFENDANTS

## ORDER

Plaintiff has filed a notice to the Court supplying the correct name of the defendant, Jack McCann (DE #20). The Clerk is directed to change the style of the case to reflect the correct name of this Defendant.

IT IS SO ORDERED this 27th day of August, 2008.

_____
UNITED STATES MAGISTRATE JUDGE