IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN ANTHONY COAKLEY                                                    PLAINTIFF

VS.                          3:08CV00049 WRW

JACK MCCANN, et al.                                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Henry L. Jones, Jr.   There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings. Judgment shall be entered accordingly.

SO ORDERED 21st day of November, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE