IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN ANTHONY COAKLEY                                                      PLAINTIFF

VS.                              3:08CV00049 WRW

JACK MCCANN, et al.                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Plaintiff's complaint is hereby DISMISSED with prejudice.

SO ADJUDGED this 21st day of November, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE